United States District Court
Southern District of Texas
**ENTERED**
June 24, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **ERIC KYLES,** | § |
| *Plaintiff,* | § |
| VS. | § CIVIL ACTION NO. 4:23-cv-01041 |
| **KURARAY AMERICA, INC.,** | § |
| *Defendant.* | § |

## FINAL JUDGMENT

Plaintiff Eric Kyles brought this employment discrimination suit against Defendant Kuraray America, Inc. Defendant filed a Motion for Summary Judgment. ECF No. 13. The Court granted Defendant's motion and dismissed all of Plaintiff's claims with prejudice. *See* Minute Entries dated 5/28/2024 and 6/14/2024.

Pursuant to Federal Rule of Civil Procedure 58(a), and for the reasons set forth at the hearing, final judgment is hereby **ENTERED** for Defendant.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 24th of June, 2024.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE